UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DOUGLAS C. ANDERSON     §    Case No. 09-26263
                               §              CHAPTER 7
                               §              HON. PAMELA S. HOLLIS
                               §
        Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street - 7th Floor - Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 1/19/2010 in Courtroom 644, Dirksen Federal Building Courthouse, 219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: _Clerk United States Bankruptcy Court_
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910 - Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHRN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DOUGLAS C. ANDERSON § Case No. 09-26263
§ CHAPTER 7
§ HON. PAMELA S. HOLLIS
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $6,190.09 |
| and approved disbursements of | $0.00 |
| leaving a balance on hand of [1] | $6,190.09 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee   ALLAN J. DeMARS | $1,369.01 | $3.04 |
| Attorney for trustee | | |
| Appraiser | | |
| Auctioneer | | |
| Accountant | | |
| Special Attorney for trustee | | |
| Charges,   U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | | |
| Attorney for | | |
| Accountant for | | |
| Appraiser for | | |
| Other | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____$27,305.79_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __17.6__ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | FIA Card Services as successor to Bank of America and MBNA | $27,305.79 | $4,818.04 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ___0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____ $0.00.

Prepared By:  /s/ ALLAN J. DeMARS
                              Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 09-26263   Doc 38   Filed 12/16/09   Entered 12/18/09 23:31:37   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 1         Date Rcvd: Dec 16, 2009
Case: 09-26263                Form ID: pdf006             Total Noticed: 13

The following entities were noticed by first class mail on Dec 18, 2009.
db          +Douglas C. Anderson,   1661 Commodore Court, Unit # 1,   Schaumburg, IL 60193-5439
aty         +Joseph P Doyle,   Law Office of Joseph P Doyle,   105 S Roselle Road,   Suite 203,
              Schaumburg, IL 60193-1631
tr          +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
14185153    +Bank Of America,   Pob 17054,   Wilmington, DE 19884-0001
14185154    +Blitt and Gaines PC,   Attn: Bankruptcy Dept.,   PO Box 661 Glenn Ave,   Wheeling, IL 60090-0661
14185155    +Chase Manhattan Mortga,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
14185156    +Chase Manhattan Mtge,   3415 Vision Dr,   Columbus, OH 43219-6009
14185157    +Dupage Credit Union,   1515 Bond St,   Naperville, IL 60563-0112
14538025     FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
              Oklahoma City, OK  73124-8809
14185158    +Fifth Third Bank,   P O Box 829009,   Dallas TX 75382-9009
14185159    +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
14185161     West Asset Management,   2703 W Highway 75,   Sherman, TX 75092

The following entities were noticed by electronic transmission on Dec 16, 2009.
14185160    +E-mail/Text: bankrup@nicor.com                           Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2009**               **Signature:** _Joseph Speetjens_