**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re: DOUGLAS C. ANDERSON   § Case No. 09-26263
   §   Hon. PAMELA S. HOLLIS
   §   Chapter 7
   §
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $523,550.00 | Assets Exempt: | $19,575.00 |
| Total Distributions to Claimants: | $4,818.04 | Claims Discharged Without Payment: | $37,951.75 |
| Total Expenses of Administration: | $1,372.05 | | |

3) Total gross receipts of $6,190.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,190.09 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $499,022.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,372.05 | $1,372.05 | $1,372.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $42,769.00 | $27,305.79 | $27,305.79 | $4,818.04 |
| **TOTAL DISBURSEMENTS** | $541,791.00 | $28,677.84 | $28,677.84 | $6,190.09 |

4) This case was originally filed under chapter 7 on 07/21/2009.
The case was pending for 7 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2010        By: /s/ ALLAN J. DeMARS
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| tax returns | 1224-000 | $6,189.00 |
| interest on invested funds | 1270-000 | $1.09 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$6,190.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 3 scheduled secured claims | | $499,022.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL SECURED CLAIMS** | | **$499,022.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN J. DeMARS | 2100-000 | N/A | $1,369.01 | $1,369.01 | $1,369.01 |
| ALLAN J. DeMARS | 2200-000 | N/A | $3.04 | $3.04 | $3.04 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,372.05 | $1,372.05 | $1,372.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIA Card Services successor to Bank of America | 7100-900 | $27,305.00 | $27,305.79 | $27,305.79 | $4,818.04 |
| 4 unsecured creditors with no claim filed | | $15,464.00 | $0.00 | $0.00 | $0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $42,769.00 | $27,305.79 | $27,305.79 | $4,818.04 |

UST Form 101-7-TDR (9/1/2009)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 09-26263  
Case Name: DOUGLAS C. ANDERSON  
For Period Ending: 12/31/09

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 7/21/09 (F)  
§341(a) Meeting Date: 8/26/09  
Claims Bar Date: 11/27/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | condo located at 1661 Commodore Ct., Schaumburg, IL | 186,500.00 | 0.00 | DA | | FA |
| 2 | 3 flat located at 1665 S. Homan, Chicago, IL | 350,000.00 | 0.00 | DA | | FA |
| 3 | checking acct. DuPage Credit Union | 100.00 | 0.00 | DA | | FA |
| 4 | checking acct. Chase Bank | 100.00 | 0.00 | DA | | FA |
| 5 | household goods | 250.00 | 0.00 | DA | | FA |
| 6 | books, pictures | 150.00 | 0.00 | DA | | FA |
| 7 | wearing apparel | 500.00 | 0.00 | DA | | FA |
| 8 | misc. costume jewelry | 75.00 | 0.00 | DA | | FA |
| 9 | tennis equipment | 1,000.00 | 0.00 | DA | | FA |
| 10 | term insurance | 0.00 | 0.00 | DA | | FA |
| 11 | pension | unknown | 0.00 | DA | | FA |
| 12 | 2004 Ford Explorer | 4,450.00 | 0.00 | DA | | FA |
| 13 | federal and state tax refunds(u) | 6,189.00 | 6,189.00 | | 6,189.00 | FA |
| 14 | interest on invested funds | | | | 1.09 | |

TOTALS (Excluding unknown values)     6,189.00     6,190.09  
Initial Projected Date of Final Report (TFR): 11/09     Current Projected Date of Final Report (TFR): 12/1/09

**EXHIBIT 9                              FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

```
Case No.:            09-26263                         Trustee's Name:  Allan J. DeMars
Case Name:           DOUGLAS C. ANDERSON              Bank Name:       Bank of America
Taxpayer ID#:        27-6206609                       Initial CD #:    CDI
For Period Ending:   12/31/10                         Blanket bond (per case limit):  5,000,000
                                                      Separate bond (if applicable):
                                                      Money Market #:  375 556 0931
```

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 9/8/09 | Ref 13 | from debtor | turn over of federal and state tax refunds | 1224-000 | 6,189.00 | | 6,189.00 |
| 9/30/09 | Ref 14 | Bank of America | interest on invested funds | 1270-000 | 0.36 | | 6,189.36 |
| 10/31/09 | Ref 14 | Bank of America | interest on invested funds | 1270-000 | 0.52 | | 6,189.88 |
| 11/13/09 | Ref 14 | Bank of America | interest on invested funds | 1270-000 | 0.21 | | 6,190.09 |
| 1/19/10 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,369.01 | 4,821.08 |
| 1/19/10 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 3.04 | 4,818.04 |
| 1/19/10 | Check 1003 | FIA Card Services, successor to Bank of America and MBNA | 726(a)(2); 17.64475% | 7100-900 | | 4,818.04 | 0.00 |
| | | | COLUMN TOTALS | | 6,190.09 | 6,190.09 | 0.00 |
| | | | Net | | 6,190.09 | 6,190.09 | 0.00 |

```
                                                              NET
TOTAL - ALL ACCOUNTS                  NET  DEPOSITS     DISBURSEMENTS        BALANCES
Checking#
Money Market # 375 556 0931                6,190.09         6,190.09            0.00
Net                                        6,190.09                         6,190.09
                                      Excludes account  Excludes payments  Total Funds
                                          transfers        to debtor         on Hand
```